

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

10/5/2015

**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Raymond E. Brown (SBN 164819)
Jason Y. Chao (SBN 250735)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
jchao@aguileragroup.com

Attorneys for Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>LIVERMORE GROVE, LP, a California limited partnership; LIVERMORE CORNERS, LP, a cancelled California limited partnership; and DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No. 4:15-cv-03648-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><br><br><br><br>Action Filed: 08/10/15 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), plaintiff Travelers Property Casualty Company of America ("Travelers") voluntarily dismisses the above entitled action against all defendants in its entirety, without prejudice. All parties herein shall bear their own fees and costs.

Dated:  September 28, 2015　　　　**THE AGUILERA LAW GROUP, APLC**

　　　　　　　　　　　　　　　　　 */s/: A. Eric Aguilera*
　　　　　　　　　　　　　　　　　A. Eric Aguilera, Esq.
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　Travelers Property Casualty Company Of America